# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     v. | )  NO. 24-CR-30061-MGM |
| | ) |
| DANIEL TOCCI | ) |

## DEFENDANT'S MOTION TO WITHDRAW MOTION TO DISMISS

Now comes the Defendant, Daniel Tocci, who respectfully requests that the Motion to Dismiss, D.E. # 25, be withdrawn.

Respectfully submitted,

DANIEL TOCCI

By his attorney,

*/s/ Jessica P. Thrall*
Jessica P. Thrall
#670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Jessica P. Thrall, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 11, 2025.

*/s/ Jessica P. Thrall*
Jessica P. Thrall