Dear Judge Mastroianni,

My name is Chris DeLong and I'm friends with Dan Tocci. I met Dan in 2019 when I was working for a catering company for something at UMass and Dan was there because he went to UMass. After that we found out we have a mutual friend and we all went to a concert together. I have been friends with Dan ever since.

I have a TBI that makes it difficult for me to do things and Dan has always been a support-helper for me. He gives me rides for groceries and to doctors appointments. He also went with me to the social security office to help me apply for SSI benefits. He has also given me a place to stay in the past.

I was recently diagnosed with cancer and I am having surgery on a brain tumor later this month. Dan has been a good friend when we talk over the phone about my diagnosis and treatment I am going through.

All of my family lives out of state so it will make a big difference in my life when Dan is released from jail which I hope will be as soon as possible.

Thank you for your consideration.


Chris DeLong

**Kristine Tocci**

**Daniel's mother**

Kristine Tocci and her former husband Peter raised their son Daniel on a solid family foundation. They created a supportive and loving environment in their home in Carlisle, MA. They often saw extended family members and Dan formed lasting and meaningful relationships with them, especially his cousins. As Kristine puts it, "Dan was a loved child, always has been". She will continue this love and emotional support whatever the outcome is with his case.

Kristine was an incredibly involved parent. She was working part time when Dan received his autism diagnosis of Asperger's Syndrome. She stopped working when he was 6 years old to focus on his education and to research best methods for raising children with autism. She joined and chaired the Parent Advisory Council within the Carlisle School System that involves facilitation of special education information between parents, faculty and administration.

She got him help through an IEP in school and sought further professional help outside of school. Through clinical intervention, medications available at the time, therapy, social skills support groups, and addressing his behavior at home, Dan improved and was able to maintain good grades and a nice group of friends, something she found he had challenges with before his Aspergers' diagnosis and treatment.

She was proud Dan went to college and graduated with a bachelor's degree in Military History and Linguistics (a combined major that was approved by his dean). After UMass, Dan was living an independent and seemingly happy adult life.

Throughout Dan's life, Kristine has witnessed and experienced Dan's acts of kindness, generosity, and empathy. Dan gifted a substantial amount of money, for his income at the time, to a newly married friend of his to help him and his new spouse get on their feet. She knew Dan to give food to and converse with an unhoused gentleman in his neighborhood.

A highlight of Dan's life was a four-year romantic relationship that ended abruptly in January 2019. He was dating a "sweet girl", and they seemed, to Kristine, to perhaps be headed toward marriage. Dan was head over heels for this woman and when she unexpectedly ended the relationship he was beyond devastated. Kristine thinks this is when he began to spiral down into depression, untreated autism, and loneliness and perhaps when he began exploring the darker corners of the internet.

Kristine Tocci is deeply ashamed by Dan's actions. So much so, the only person she has confided in about this situation is one of her daughters. Kristine has two sisters, with whom she is close, and she cannot bring herself to talk to them about the charges against Dan.

Shock is another word she uses when describing her son's beliefs and behavior. There was never much talk about current events or ideology in their family household.

Kristine knows Dan's autism affects how he sees things and therefore he sees things differently than other people. She knows he needs a tremendous amount of continued, intense help to overcome this, which she knows he will not get in prison. She will help him get this support as much as possible upon his release.

Laurie (Tocci) Nurmi

Daniel's aunt

Laurie Nurmi is Daniel Tocci's paternal aunt. She lives in Leominster, MA, where she raised her four children. The Tocci and Nurmi families spent a lot of time together when the children were young. The cousins grew up together, and Ms. Nurmi's three sons are especially close with their cousin Dan.

Ms. Nurmi used to babysit Dan when he was a toddler. Even at that young age, she noticed he was a precocious child with an intelligence beyond his years. This was more apparent as Dan grew older and attended college at UMass Amherst, where he created his own major. In addition to a heavy academic schedule, Dan worked a job selling steak knives door to door. He would put on a suit and tie and meet with people in their homes to sell the product. He would tell his Aunt Laurie about his interactions and expressed excitement when he made a sale.

Ms. Nurmi observed Dan spend a lot of quality time with his grandparents, her parents. The families would often get together at the family home in Leominster. Dan has continued to spend time with his grandparents into adulthood. He does not simply drop in quickly or make an obligatory check-in; he truly enjoys spending time sitting and speaking with his elders. He feels lucky that they are alive and well, and he cherishes his time with them. Dan's absence has been difficult and confusing for his grandparents.

Dan continues to spend time with his cousins at the Nurmi family beach house in Plymouth, MA. He loves the outdoors and spends his days at the beach or in nature with family members. In the evenings, the family cooks dinner and watches movies together.

Ms. Nurmi is upset, disheartened, and shocked by Dan's actions in this case. She takes to heart that Dan has a solid family foundation that will help get him back on track. He knows how many people he has affected and does not want to disappoint his family again. His intelligence and ability to apply himself are attributes that Ms. Nurmi knows will help Dan live a lawful and productive life moving forward. She is hopeful he can start this life outside of prison as soon as possible.

Louis Tocci

Daniel's grandfather

Louis Tocci is 81 years old and lives with his wife, Donna, who is 82. Dan is one of their seven grandchildren. Louis and Donna live at their family's "homebase" in Leominster. The family has a long history in Leominster; they opened a plastics manufacturing company there in 1946. Like much of the manufacturing in Leominster, the plant was shuttered in 2000 after the family sold it to Mobil Oil Corporation.

The Tocci's are a tight-knit family who celebrate all of their family gatherings at Louis and Donna's house, including holidays and birthdays.

Dan always participates with the family unless he is working. He has always been particularly good friends with his cousins. Dan will often come to visit his grandparents for no special occasion. They will have a meal together and talk about Dan's school, engineering, and Dan's favorite topic: history.

Louis speaks for the whole Tocci family when he says they are extremely unhappy, saddened, and concerned about Dan's behavior leading to these charges. Having very little experience with electronics, Louis, who uses a flip-phone, does not fully understand what happens on the internet, but he knows that Dan has done wrong and brought harm to people.

Louis is aware that Dan's diagnosis of Asperger's Syndrome has affected his thinking since he was a child. It seemed much more obvious when he was younger because it was hard for him to relate socially to other people. Dan would say things without realizing that people might take offense or understanding the social consequences. Louis observed that Dan had become more adaptable as an adult. He was proud that Dan was able to make friends, have a girlfriend, work, and maintain an apartment on his own.

Louis and Peter, Dan's father, meet up weekly for a visit. Over the last couple of years, many of their conversations have centered around Dan's situation and how they can help when Dan gets back home. They will be supportive in helping him find employment and a place to live.

Most importantly, Louis and Donna love Dan very much. They are elderly and want to spend as much time with Dan as they can.

Dear Judge Mastroianni,

I am Dan Tocci's landlady. Dan has lived in my house for about 10 years. Since I am retired, I depend largely on Dan's rent checks as a source of income.

Furthermore, I am 80 years old and suffer from arthritis and trigeminal neuralgia. I depend on Dan for help with a lot of everyday tasks, including taking out the trash and recycling, raking leaves, mowing the lawn, fixing my car, watering the garden, and shoveling the driveway and sanding the front walk in winter.

I have always known Dan to be kind, helpful and thoughtful.

Sincerely,

Marianne Lorenzelli

Peter Tocci

Daniel's father

Dan and his father, Peter Tocci, have always had a close relationship. Despite being a busy small business owner, Peter found time throughout Dan's life to share numerous hobbies together.  When Dan was a kid, it was T-ball then Little League. Peter was a Scout Master in Dan's Cub Scout and Boy Scout troops. As Dan got older, they went hiking and backpacking all over New England and traveled across the US two times: once to California and once to New Mexico. When Dan showed an interest in football, Peter encouraged him to join the team and Dan played on the team during his senior year of high school. Family vacations were frequent and included trips all over the entire US east coast. In more recent years, they have spent a lot of their time together fixing up Dan's cars.

Peter describes Dan as a kind person who spent time doing charity work on environmental issues, something he was inspired to do because of the hiking trips they took together and his appreciation of nature.

Peter Tocci is an engineer at a manufacturing company he owns in Burlington, MA called Galaxie Labs, Inc. Galaxie makes metal parts for machinery in multiple industries including defense, communications, automotive, medical diagnostics and etc. He has owned and run this business for 30 years along with his business partner and former wife Kristine Tocci, Dan's mom.

Together Peter and Kristine were loving parents and continue to love and support their children together after an amicable divorce in 2012. Dan was a child with special needs due to his autism, and both parents dedicated themselves to getting him the help he needed. Peter was proud of Dan when Dan was able to complete college and live on his own, work hard, and support himself.

Consequently, Peter was incredibly disappointed to hear about Dan's arrest and the charges against him. Hindsight being what it is, it is now clear to Peter that Dan was not in a good place in life during the couple of years leading up to his arrest. After a break-up that hurt Dan deeply, Dan became withdrawn and less communicative with Peter. They would still get together, but during their hangouts Dan would seem sad, distant, and drifting through life, no longer interested in the activities they once shared.

During Dan's incarceration, Peter talks to him weekly by phone and they keep in touch regularly via text. He has spoken with Dan about working at Galaxie Labs and has a position waiting for him. Peter can help Dan with the logistics of finding an apartment and

financially getting him back on his feet. In fact, Peter browses local apartment listings to see what is available. Dan wants to correct his path in life and be a meaningful and productive member of society after he is released. Peter is determined to help Dan achieve this goal.

February 4, 2026

Dear Judge Mastroianni,

I have known Dan Tocci for around a decade.  I first met him when he moved into one of the rooms in the downstairs apartment at my mother's raised ranch house in Amherst, Massachusetts.  I usually get to know my mom's tenants and when I got to know Dan we eventually became friends.

Dan loves music and I would occasionally accompany him to open mic night at music venues in around the pioneer valley.  At these events he would often play cover songs but also his own unique songs he wrote himself.  While he was not the best guitar player or singer, he was decent and enjoyed performing and was always in good spirits and happy to interact with the diverse clientele these venues usually draw.

Another activity Dan would invite me to was trivia nights where he and a few of his college friends would regularly showcase their eclectic knowledge. Dan is a history buff and was fond of elaborating on various historical topics which would often come up in conversation.

While hanging out with Dan was enjoyable what I appreciated most about him was the way he helped my mother with various tasks around the house such as shoveling snow in the winter or mowing the lawn in the summer.  He also liked to garden and would grow various herbs and vegetables in a designated backyard gardening area.

Another quality I appreciate about Dan is his generosity and understanding. For instance, a few times when I inadvertently overdrew my checking account Dan would Zelle me money so I could avoid paying a fee.  Dan trusted that I would pay him back (I always did) and I really appreciated his willingness to do me favors like this without hesitation.

I understand Dan has a diagnosis that makes him unusual and sometimes this affects his ability to feel fully happy.  I assume this condition has also contributed to some of his bad decisions. However I really think if he is given a chance to get the help he needs, he could turn things around and become a very productive member of society.  I think a more lenient prison sentence supplemented with some sort of alternative release program would allow him to get this necessary help he needs faster.

Sincerely,

 Rene Lyons