Case 3:24-cr-30061-MGM   Document 47-2   Filed 03/20/26   Page 1 of 11

# CERTIFICATE *of* COMPLETION

## PRESENTED TO

# DANIEL TOCCI

### 88943-510

## HAS SUCCESSFULLY COMPLETED THE

### *Book Club –*
### *The Miracle Worker*
### *Annie Sullivan / Helen Keller*

At The Donald W. Wyatt Detention Facility

L. Jimenez
Programs Director
January 2026

P. Monahan
Education Specialist



Case 3:24-cr-30061-MGM   Document 47-2   Filed 03/20/26   Page 2 of 11

# CERTIFICATE *of* COMPLETION

### PRESENTED TO

## DANIEL TOCCI

88943-510

### HAS SUCCESSFULLY COMPLETED THE

## *Adjustment to Incarceration*

At The Donald W. Wyatt Detention Facility

L.Jimenez
Programs Director
September 2025



# CERTIFICATE of COMPLETION

PRESENTED TO

## DANIEL TOCCI

88943-510

HAS SUCESSFULLY COMPLETED THE

*Book Club –*
*The Count of Monte Cristo;*
*The Civil Rights Movement*

At The Donald W. Wyatt Detention Facility

P. Monahan
Education Specialist

L. Jimenez
Programs Director
February 2026



Certifies that

# DANIEL TOCCI

has successfully completed

## Adult and Child CPR (Corrections)

on

September 21, 2025

Clock Hours: 2.00
CEUs Earned: 0.2



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# DANIEL TOCCI

has successfully completed

## Business Ethics: Ethical Decisions

on

September 22, 2025

Clock Hours: 1.67
CEUs Earned: 0.17



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







**CYPHERWORX**

Certifies that

# DANIEL TOCCI

has successfully completed

## Business Ethics: Managerial Ethics

on

March 1, 2026

Clock Hours: 1.34
CEUs Earned: 0.13

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





**edovo**

**OFFICIAL TRANSCRIPT FOR:**
DANIEL TOCCI

Sep 18, 2025 - Mar 17, 2026
Donald Wyatt Federal Detention Facility, RI

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 183 | 177 | 6 | 22 |

## 22 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Principles of Management | This course was put together by the Saylor Academy. This course will illustrate the ways in which the practice of management evolves as firms grow in size. It is based upon the idea that the essential purpose of a business ... | **Time to pass:** 29 hr 52 min **Total time:** 29 hr 52 min | **PASSED** **Completed:** Feb 26, 2026 |
| L.I.F.E. Addiction Recovery | This is a 40 lesson biblical approach to overcoming addictions of all types. Our approach is similar to Cognitive Behavioral Therapy. Our focus, however, is on the power of God to transform our thinking and beliefs... | **Time to pass:** 20 hr 49 min **Total time:** 20 hr 49 min | **PASSED** **Completed:** Feb 20, 2026 |
| Preparing for Success After Prison (PSAP) Program | "Preparing for Success after Prison" is a transformative course led by Michael Santos, a formerly incarcerated individual and advocate for prison reforms. Inspired by the life of Frederick Douglass, the course emphasizes... | **Time to pass:** 17 hr 02 min **Total time:** 17 hr 02 min | **PASSED** **Completed:** Nov 30, 2025 |
| Introductory Business Law | This course covers material that is usually taught in an introductory one-semester college course on business law. Our goal is to prepare you to pass the College Board's CLEP examination and obtain college credit for... | **Time to pass:** 14 hr 59 min **Total time:** 14 hr 59 min | **PASSED** **Completed:** Jan 29, 2026 |
| Facing Your Shadow | The Shadow, in many ways, is the force that runs our lives. It is natural and universal, capable of creation and destruction. Within ourselves, the Shadow will show up as our unconscious patterns, addictions, motivations,... | **Time to pass:** 14 hr 22 min **Total time:** 14 hr 22 min | **PASSED** **Completed:** Mar 3, 2026 |
| Business Law and Ethics | Introductory course to the laws and ethical standards that managers must abide by while conducting business. Explores the legal framework designed to protect both consumers and businesses and outlines the legal and... | **Time to pass:** 14 hr 07 min **Total time:** 14 hr 07 min | **PASSED** **Completed:** Nov 6, 2025 |
| The Freedom Fight Sex Addiction Recovery... | This program is biblically based, gospel centered and clinically informed to help you address the roots of your sex addiction so you can outgrow porn and live the life that God has for you. By completing this course you wi... | **Time to pass:** 13 hr 25 min **Total time:** 13 hr 25 min | **PASSED** **Completed:** Oct 15, 2025 |

**DANIEL's Learner ID:** 2041153

**edovo**    **OFFICIAL TRANSCRIPT FOR:**
DANIEL TOCCI

Sep 18, 2025 - Mar 17, 2026
Donald Wyatt Federal Detention Facility, RI

| Course name | Overview | Time | Status |
|---|---|---|---|
| 40 Days to Positive Change | An in-depth audio program for getting the daily support and structure you need to create life-affirming new habitsHow many times have you tried to build a positive new habit, only to end up falling short? If so, you... | **Time to pass:** 10 hr 49 min **Total time:** 10 hr 49 min | **PASSED** **Completed:** Jan 10, 2026 |
| Radical Compassion Challenge | With our global health and economic crises, racial and social justice struggles, and cultural divisions on the rise, it can feel like there's little we can do about it. But is that really true? As Tara Brach says, "The medicine our... | **Time to pass:** 10 hr 19 min **Total time:** 10 hr 19 min | **PASSED** **Completed:** Feb 10, 2026 |
| You and the Law, Introduction to Constitutional... | You and the Law – Book One & Book Two (2025 Edition) 152-Hour Certified Legal Education for Responsible Self-Advocacy, Family Support, and Reentry Success Approved by the Ohio State Board of Career Colleges... | **Time to pass:** 9 hr 04 min **Total time:** 9 hr 04 min | **PASSED** **Completed:** Dec 12, 2025 |
| Thinking for the Future - CBT | Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment that focuses on the relationship between... | **Time to pass:** 4 hr 25 min **Total time:** 4 hr 25 min | **PASSED** **Completed:** Dec 21, 2025 |
| Critical Thinking | One second. That is all it takes to make a move you can't take back. One second of anger. One second of disrespect. One second where you react without thinking. In chess, one bad move costs you the game. I... | **Time to pass:** 4 hr 10 min **Total time:** 4 hr 10 min | **PASSED** **Completed:** Jan 26, 2026 |
| WVBS: The Truth About Moral Issues | Sooner or later, most of us find ourselves facing moral, social, and ethical situations that command our attention. These situations can affect our family, friends, neighbors or others. In an easy to understand manner,... | **Time to pass:** 3 hr 25 min **Total time:** 3 hr 25 min | **PASSED** **Completed:** Mar 7, 2026 |
| Nonprofit Coaching & Leadership Training for... | Want to start a nonprofit, but not sure HOW to start? In this course, I'll show you how to validate and develop your nonprofit idea, flesh out the basics you'll need to launch, the process to file for nonprofit status in the... | **Time to pass:** 2 hr 43 min **Total time:** 2 hr 43 min | **PASSED** **Completed:** Jan 30, 2026 |
| Anger Management | This course will help you to learn to manage anger, stop violence or the threat of violence, develop self-control over thoughts and actions, and receive support and feedback from others. | **Time to pass:** 1 hr 37 min **Total time:** 1 hr 37 min | **PASSED** **Completed:** Feb 5, 2026 |
| Learn Your Strengths from Shining Light | Welcome to Shining Light's "Learn Your Strengths" Course! In this four-part video series you will have the opportunity to: -Learn about positive qualities we all have, and how to identify them -Hear insight and... | **Time to pass:** 1 hr 21 min **Total time:** 1 hr 21 min | **PASSED** **Completed:** Feb 2, 2026 |

**OFFICIAL TRANSCRIPT FOR:**
DANIEL TOCCI

Sep 18, 2025 - Mar 17, 2026
Donald Wyatt Federal Detention Facility, RI

| Course name | Overview | Time | Status |
|---|---|---|---|
| Social Studies - U.S. History | In this course you will practice the skills necessary for the U.S. History segment of the GED test. You will read summaries and primary source documents and answer questions. The material in this course comes from DCS... | **Time to pass:** 1 hr 19 min **Total time:** 1 hr 21 min | **PASSED** Completed: Sep 25, 2025 |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful jo... | **Time to pass:** 1 hr 06 min **Total time:** 1 hr 06 min | **PASSED** Completed: Sep 26, 2025 |
| Social Studies - Civics and Government | This course covers topics to help you prepare for the Social Studies section of the GED, with a focus on civics and government. Specifically, you will learn about how government works, different systems of government,... | **Time to pass:** 1 hr 01 min **Total time:** 1 hr 01 min | **PASSED** Completed: Nov 30, 2025 |
| Basic Principles of Morality - Part I, Course 1 | Course One: Introduction to Pillar III: Life in Christ Students who successfully complete this lesson should be able to explain the position of the section on morality in the Catechism of the Catholic Church, the difference... | **Time to pass:** 0 hr 54 min **Total time:** 0 hr 54 min | **PASSED** Completed: Dec 2, 2025 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is not legal advice. | **Time to pass:** 0 hr 14 min **Total time:** 0 hr 14 min | **PASSED** Completed: Dec 22, 2025 |
| Introduction to Legal Studies | Legal studies is a branch of study that focuses on how the law affects and interacts with many aspects of our life. Throughout this course, you will learn about the characteristics of effective law, the difference between... | **Time to pass:** 0 hr 10 min **Total time:** 0 hr 10 min | **PASSED** Completed: Nov 7, 2025 |

**DANIEL's Learner ID:** 2041153

## Supplemental Learning - 6 hr 07 min

### Summary

Listed below are the top **5** supplemental interactive learning items DANIEL has spent time on. In addition, DANIEL has engaged with **1 reading** and **4 learning videos**.

| Title | Time |
| --- | --- |
| Michael G. Santos: Straight-A Guide | 5 hr 07 min |
| ECS21 - Potato Cookery | 0 hr 33 min |
| Political Science 232: American Government | 0 hr 25 min |
| Basic Principles of Morality - Part IV, Course 4 | 0 hr 03 min |
| Language: Level D Practice Test for the TABE | 0 hr 02 min |

# Transcript for DANIEL TOCCI

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Pathway to Recovery from Sex Addiction | E-Learning Course | Mar 1, 2026 | Mar 1, 2026 | 0 | 0.25 | Complete | 0 | - | | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Sep 21, 2025 | Sep 21, 2025 | 0.2 | 2.00 | Passed | 100 | - | | Sep 21, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Ethical Decisions | E-Learning Course | Sep 22, 2025 | Sep 22, 2025 | 0.17 | 1.67 | Passed | 83 | - | | Sep 22, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Managerial Ethics | E-Learning Course | Sep 29, 2025 | Mar 1, 2026 | 0.13 | 1.34 | Passed | 100 | - | | Mar 1, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Hope of Recovery | E-Learning Course | Mar 1, 2026 | Mar 1, 2026 | 0 | 0.25 | Complete | 0 | - | | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |