Patrick Sullivan, University Registrar

**UNIVERSITY OF MASSACHUSETTS AMHERST**
AMHERST, MA 01003

Print Date: 04/30/2024

# Official Transcript - Undergraduate

Name: **Daniel Tocci**
Student ID: 27369689
Birthdate: 03-30

Send To:
Federal Public Defender Office
Attn: Investigator Alicia Hutton .
51 Sleeper St, 5th Floor
Boston, MA 02210-1276

### Test Credits

| | | | | |
|---|---|---|---|---|
| Scholastic Assessment Test II | Spanish with Listening | 2011-11-05 | 600.00 | |
| Transferred to Term Fall 2012 as | | | | |
| SPANISH ADV1 | Nsp Test | 0.000 | CR | |
| | | | 0.00 | |
| Transferred to Term Fall 2012 as | | | | |
| SPANISH 230 | Intermediate Spanish I | 3.000 | CR | |
| Math R1 Exemption Exam | Mathematics R1 | 2012-09-10 | 17.00 | |
| Transferred to Term Fall 2012 as | | | | |
| MATH 1 | Tier I Waiver | 0.000 | CR | |

**Test Credit Totals:** 3.000

### Transfer Credits

**Transfer Credit from University of Massachusetts Amherst**
Applied Toward University+ - Ugrad Degrees Program
Fall 2017

| Course | Description | Earned | Grade |
|---|---|---|---|
| ANTHRO 103 | Human Origins and Variation | 4.0 | B+ |
| ANTHRO 100H | Human Nature (hons) | 4.0 | A |
| ASTRON 100 | Exploring the Universe | 4.0 | C |
| COMM-DIS 210 | Intro: Communication Disorders | 4.0 | B- |
| ECON 103 | Introduction to Microeconomics | 4.0 | C- |
| ENGLWRIT 112 | College Writing | 3.0 | A- |
| GEOGRAPH 220 | World Regional Geography | 4.0 | A- |
| GERMAN 110 | Elementary German | 3.0 | B- |
| GERMAN 120 | Elementary German | 3.0 | D |
| GERMAN 230 | Intermediate German | 3.0 | D |
| GERMAN 240 | Intermediate German | 3.0 | B |
| GERMAN 285 | Language Suite Conversation | 2.0 | B |
| GERMAN 285 | Language Suite Conversation | 2.0 | A- |
| HISTORY 161 | Hst-Africa Snc 1500 | 4.0 | D |
| HISTORY 269 | The American War in Vietnam | 4.0 | B+ |
| HISTORY 391S | S-Spanish Civil War | 3.0 | A |
| HISTORY 397ST | ST-SciTchWar-20thCenturyUS/Euro | 3.0 | A |
| JAPANESE 135 | Japanese Art&Culture | 4.0 | B |
| LINGUIST 201 | Intro to Linguistic Theory | 3.0 | B |
| LINGUIST 101 | People & Their Language | 4.0 | A- |
| LINGUIST 370 | The Sounds of Englishes | 4.0 | D+ |
| LINGUIST 411 | Intro to Language Acquisition | 4.0 | B- |
| LINGUIST 402 | Speech Sounds and Structure | 3.0 | D |
| LINGUIST 401 | Introduction to Syntax | 3.0 | D |
| LINGUIST 492B | S-Comptnl Linguist: Use&Meaning | 3.0 | C- |
| LINGUIST 414 | Intro Phonetics For Linguists | 4.0 | D |
| LINGUIST 389 | Intro African Amer English | 4.0 | A |
| MUSIC 110 | Fundamentals Of Theory | 4.0 | D |
| PHIL 100 | Introduction To Philosophy | 4.0 | B |
| SOCIOL 106 | Race,Gender, Class & Ethnicity | 4.0 | B+ |

**Course Trans GPA:** 2.576 **Transfer Totals:** 105.0

---------- Beginning of Undergraduate Enrollment ----------

### Fall 2012

Program: Undergraduate (general)
Major: Linguistics(BA)

| Course | Description | Attempted | Earned | Grade |
|---|---|---|---|---|
| GERMAN 110 | Elementary German | 3.0 | 3.0 | B- |
| LINGUIST 201 | Intro to Linguistic Theory | 3.0 | 3.0 | B |
| PHIL 100 | Introduction To Philosophy | 4.0 | 4.0 | B |
| SOCIOL 106 | Race,Gender, Class & Ethnicity | 4.0 | 4.0 | B+ |

TERM GPA 3.021 TERM TOTALS 14.0
CUM GPA 3.021 CUM TOTALS 17.0

### Spring 2013

Program: Undergraduate (general)
Major: Linguistics(BA)

| Course | Description | Attempted | Earned | Grade |
|---|---|---|---|---|
| ASTRON 100 | Exploring the Universe | 4.0 | 4.0 | C |
| ENGLWRIT 112 | College Writing | 3.0 | 3.0 | A- |
| GERMAN 120 | Elementary German | 3.0 | 3.0 | D |
| LINGUIST 101 | People & Their Language | 4.0 | 4.0 | A- |

TERM GPA 2.636 TERM TOTALS 14.0
CUM GPA 2.829 CUM TOTALS 31.0

### Fall 2013

Program: Undergraduate (general)
Major: Linguistics(BA)

| Course | Description | Attempted | Earned | Grade |
|---|---|---|---|---|
| GERMAN 230 | Intermediate German | 3.0 | 0.0 | D |
| HISTORY 161 | Hst-Africa Snc 1500 | 4.0 | 4.0 | D |
| JAPANESE 135 | Japanese Art&Culture | 4.0 | 4.0 | B |
| LINGUIST 370 | The Sounds of Englishes | 4.0 | 4.0 | D+ |

TERM GPA 1.767 TERM TOTALS 12.0
CUM GPA 2.510 CUM TOTALS 43.0

### Spring 2014

Program: Undergraduate (general)
Major: Linguistics(BA)

| Course | Description | Attempted | Earned | Grade |
|---|---|---|---|---|
| COMM-DIS 210 | Intro: Communication Disorders | 4.0 | 4.0 | B- |
| GERMAN 240 | Intermediate German | 3.0 | 3.0 | B |
| LINGUIST 402 | Speech Sounds and Structure | 3.0 | 3.0 | D |
| LINGUIST 411 | Intro to Language Acquisition | 4.0 | 4.0 | B- |

TERM GPA 2.400 TERM TOTALS 14.0
CUM GPA 2.481 CUM TOTALS 57.0

### Fall 2014

---------- End of Page ----------

TO BE OFFICIAL THIS DOCUMENT MUST BE RECEIVED DIRECTLY FROM THE UNIVERSITY OF MASSACHUSETTS, OR IN AN ENVELOPE WITH THE SIGNATURE OF THE REGISTRAR ACROSS THE BACK FLAP OF THE ENVELOPE. THE FACE OF THIS DOCUMENT MUST CARRY THE UNIVERSITY SEAL AND THE SIGNATURE OF THE REGISTRAR AT THE TOP. RAISED SEAL NOT REQUIRED. THE TRANSCRIPT IS PRINTED ON WHITE PAPER WITH MAROON INK. THIS RECORD IS FOR THE USE OF THE RECIPIENT ONLY AND MAY NOT BE REPRODUCED OR RELEASED TO A THIRD PARTY OR TO THE STUDENT.

Patrick Sullivan, University Registrar

**UNIVERSITY OF MASSACHUSETTS AMHERST**
AMHERST, MA 01003

## Official Transcript - Undergraduate

Name: Daniel Tocci
Student ID: 27369689
Birthdate: 03-30

Program: Undergraduate (general)
Major: Linguistics(BA)

| Course | Description | Attempted | Earned | Grade |
|---|---|---|---|---|
| ANTHRO 103 | Human Origins and Variation | 4.0 | 4.0 | B+ |
| ECON 103 | Introduction to Microeconomics | 4.0 | 4.0 | C- |
| GERMAN 285 | Language Suite Conversation | 2.0 | 2.0 | B |
| LINGUIST 401 | Introduction to Syntax | 3.0 | 3.0 | D |
| MUSIC 110 | Fundamentals Of Theory | 4.0 | 4.0 | D |

TERM GPA 1.941 TERM TOTALS 17.0
CUM GPA 2.352 CUM TOTALS 74.0

**Spring 2015**

Program: Undergraduate (general)
Major: Linguistics(BA)

| Course | Description | Attempted | Earned | Grade |
|---|---|---|---|---|
| GERMAN 285 | Language Suite Conversation | 2.0 | 2.0 | A- |
| LINGUIST 389 | Intro African Amer English | 4.0 | 4.0 | A |
| LINGUIST 414 | Intro Phonetics For Linguists | 4.0 | 4.0 | D |
| LINGUIST 492B | S-Comptnl Linguist:Use&Meaning | 3.0 | 3.0 | C- |

TERM GPA 2.500 TERM TOTALS 13.0
CUM GPA 2.375 CUM TOTALS 87.0

**Fall 2016**

Program: Undergraduate (general)
Major: Linguistics(BA)

| Course | Description | Attempted | Earned | Grade |
|---|---|---|---|---|
| HISTORY 269 | The American War in Vietnam | 4.0 | 4.0 | B+ |
| HISTORY 391S | S-Spanish Civil War | 3.0 | 3.0 | A |

TERM GPA 3.600 TERM TOTALS 7.0
CUM GPA 2.469 CUM TOTALS 94.0

**Spring 2017**

Program: Undergraduate (general)
Major: Linguistics(BA)

| Course | Description | Attempted | Earned | Grade |
|---|---|---|---|---|
| ANTHRO 100H | Human Nature (hons) | 4.0 | 4.0 | A |
| GEOGRAPH 220 | World Regional Geography | 4.0 | 4.0 | A- |
| HISTORY 397ST | ST-SciTchWar-20thCentryUS/Eur | 3.0 | 3.0 | A |

TERM GPA 3.891 TERM TOTALS 11.0
CUM GPA 2.623 CUM TOTALS 105.0

**Fall 2017**

Program: Continuing Ed - Ugrad Degrees
Major: U. Without Walls OffCampus(BA)

| Course | Description | Attempted | Earned | Grade |
|---|---|---|---|---|
| MILITARY 290E | American Military History | 4.0 | 4.0 | A |
| UWW 330 | Exp Refl: Public Policy | 4.0 | 4.0 | A |
| UWW 394A | S-Concepts/Learing Integration | 4.0 | 4.0 | A |

TERM GPA 4.000 TERM TOTALS 117.0
CUM GPA 2.722 CUM TOTALS 117.0
Awarded Dean's List honors for this term

**Spring 2018**

Program: Continuing Ed - Ugrad Degrees
Major: U. Without Walls OffCampus(BA)

| Course | Description | Attempted | Earned | Grade |
|---|---|---|---|---|
| AEROSPAC 490 | Security Studies | 3.0 | 3.0 | A |
| HISTORY 315 | Russian Empire | 3.0 | 3.0 | B+ |
| HISTORY 360 | American Colonial Hist 1763 | 3.0 | 3.0 | B+ |
| UWW 370 | Writing About Experience | 3.0 | 3.0 | B- |

TERM GPA 3.325 TERM TOTALS 12.0
CUM GPA 2.778 CUM TOTALS 129.0

Career Totals:
CUM GPA 2.778 CUM TOTALS 129.0

---------- Degree(s) Awarded ----------

Degree Completed: Bachelor of Arts
Date: 5/11/2018
Major: Major in University Without Walls
Area of Concentration: Military History
Minor: Minor in Linguistics

----------No entries below this line----------

---------- End of Page ----------

TO BE OFFICIAL THIS DOCUMENT MUST BE RECEIVED DIRECTLY FROM THE UNIVERSITY OF MASSACHUSETTS, OR IN AN ENVELOPE WITH THE SIGNATURE OF THE REGISTRAR ACROSS THE BACK FLAP OF THE ENVELOPE. THE FACE OF THIS DOCUMENT MUST CARRY THE UNIVERSITY SEAL AND THE SIGNATURE OF THE REGISTRAR AT THE TOP. RAISED SEAL NOT REQUIRED. THE TRANSCRIPT IS PRINTED ON WHITE PAPER WITH MAROON INK. THIS RECORD IS FOR THE USE OF THE RECIPIENT ONLY AND MAY NOT BE REPRODUCED OR RELEASED TO A THIRD PARTY OR TO THE STUDENT.