UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-CR-30061-MGM |
| | ) | |
| DANIEL TOCCI | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 2253, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.   A proposed Final Order of Forfeiture is submitted herewith.   In support thereof, the United States sets forth the following:

1.        On December 23, 2025, in connection with the charges against the defendant Daniel Tocci (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

        (a)     An HP laptop;

        (b)     Five Lexar USB thumb drives;

        (c)     a Samsung Galaxy cellular phone; and

        (d)     Two hard drives

(Collectively, the "Properties").   *See* Docket No. 41.

2.        Notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on January 14, 2026 and ending on February 12, 2026.   *See* Docket

Nos. 49 and 50.

3.      No claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

WHEREFORE, the United States requests that this Court enter a Final Order of Forfeiture against the Properties in the form submitted herewith.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By:    /s/ *Brendan T. Mockler*
DAVID G. TOBIN
BRENDAN T. MOCKLER
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated: March 23, 2026                    brendan.mockler@usdoj.gov